UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| BUDGET FINANCE CORPORATION | Case No. 09-30450 |
| Debtor. | Hon. John H. Squires |
| | Date: April 22, 2010<br>Time: 9:30 a.m. |

### NOTICE OF MOTION

To:    See attached Service List

PLEASE TAKE NOTICE that on **April 22, 2010 at 9:30 a.m.** or as soon thereafter as counsel may be heard, we will appear before United States Bankruptcy John H. Squires, or any other judge sitting in his stead, in Courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached **FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS AS DEBTOR'S COUNSEL**, at which time and place you may appear as you see fit.

                                              **BUDGET FINANCE CORPORATION**
                                              **Debtor and Debtor in Possession**

                                              By:   /s/ Kevin H. Morse
                                                      One of their Attorneys

Michael L. Gesas (06186924)
Miriam R. Stein (06238163)
Kevin H. Morse (06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza
Chicago, IL  60606
Phone:  (312)876-7100
Fax: (312)876-0288

### CERTIFICATE OF SERVICE

I, Kevin H. Morse, an attorney, certify that I caused a copy of the Notice of Motion and Application to be served on the parties and in the manner listed on the attached service list by either U.S. Mail, postage prepaid, or by the Court's ECF System on April 1, 2010.

                                                     /s/ Kevin H. Morse

8956209.2

# SERVICE LIST

*Via U.S. Mail*

Budget Finance Corporation
PO Box 425
Aurora, IL 60507

*Via ECF*

Megan A Drefchinski on behalf of Creditor Benchmark Bank
mdrefchinski@collinslaw.com

Michael L. Gesas on behalf of Debtor Budget Finance Corporation
mlgesas@arnstein.com, blsutton@arnstein.com

Kevin H Morse on behalf of Debtor Budget Finance Corporation
khmorse@arnstein.com

William T Neary
USTPRegion11.ES.ECF@usdoj.gov

Susan J. Notarius on behalf of Creditor Amcore Bank, N.A.
snotarius@kandpllc.com, jmccomb@kandpllc.com

Nathaniel J. Pomrenze on behalf of Creditor Benchmark Bank
npomrenze@rsplaw.com

John C Ruddy on behalf of Creditor Edward Catich
jruddy@rmklawfirm.com, lincoln@rmklawfirm.com

Miriam R. Stein on behalf of Debtor Budget Finance Corporation
mrstein@arnstein.com, jbmedziak@arnstein.com

James Patrick Sullivan on behalf of Creditor Harris N.A.
jsulliva@chapman.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BUDGET FINANCE CORPORATION | Case No. 09-30450 |
| Debtor. | Hon. John H. Squires |
| | Date: April 22, 2010<br>Time: 9:30 a.m. |

**FINAL APPLICATION FOR ALLOWANCE**
**OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**ARNSTEIN & LEHR LLP - COUNSEL TO THE DEBTOR**

Michael L. Gesas, Miriam R. Stein, Kevin H. Morse, and Arnstein & Lehr LLP (collectively "A&L") counsel for Budget Finance Corporation, debtor and debtor-in-possession ("Debtor"), respectfully submit this FInal Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") in the amount of $78,521.50 in fees and $2,981.40 in expense relating to legal services rendered on behalf of the Debtor during the period from August 19, 2009 through March 26, 2010 ("Application Period"), pursuant to Sections 330 of the United States Bankruptcy Code (the "Code"). In support of this Application, A&L states as follows:

**I. Background of Case**

1. On August 19, 2009, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its financial affairs as a debtor in possession. No trustee, examiner or committee has been appointed in this case.

1

3. The Debtor is an Illinois corporation organized and existing under the laws of the state of Illinois with its principal place of business in Aurora, Illinois. The Debtor is a lending corporation that provides personal loans to generally low-income consumers. Due to the downturn in the economy and the increase in unemployment, the Debtor was unable to collect on many of its outstanding loans from its customers which precipitated the filing of this bankruptcy proceeding.

4. On September 10, 2009, the Court approved the employment of A&L as counsel to the Debtor retroactive to the Petition Date. Since the Petition Date, A&L has worked diligently and efficiently toward the successful sale and liquidation of the Debtor's assets. A&L's services have included the negotiation and sale of the Debtor's accounts receivable to Personal Finance Company, LLC. This Court entered an Order approving the sale of the accounts receivable on March 25, 2010.

5. Additionally, A&L extensively negotiated the terms of the Debtor's Disclosure Statement and Plan of Liquidation ("Plan") with the Debtor's creditors so the Debtor could successfully confirm the Plan. On March 25, 2010, this Court entered an Order confirming the Debtor's Plan which will, *inter alia*, provide an initial distribution to Debtor's creditors of $850,000.00.

## II. A&L Fee and Expense Request

6. A&L was paid an advance retainer of $44,640.50. On September 23, 2009, the Court entered an order establishing procedures for compensation and reimbursement of fees and expenses for all professionals. The order provided that A&L and the other professionals could thereafter submit a fee application every 60 days or more.

7. On December 7, 2009, A&L, as attorneys for the Debtor, filed its First Application for Interim Allowance for Compensation and Reimbursement of Expenses and Payment of Unpaid Balance for the period August 19, 2009 through October 31, 2009 ("First Application"). A copy of the Debtor's First Application is attached hereto as Exhibit A. On January 5, 2010, this Court entered an Order granting First Interim Application for Allowance of Compensation in the amount of $34,039.50 and allowance of expenses in the amount of $1,544.26. A copy of the Order granting the First Application is attached hereto as Exhibit B.

8. Since the First Application, A&L has continued to render actual and necessary legal services to the Debtor which include providing legal advice with respect to the Debtor's powers and duties as a debtor in possession in the management of its assets; court attendance, negotiations with the Debtor's creditors and pursuing confirmation of a plan and approval of a disclosure statement.

9. The legal services provided by A&L for the period of November 1, 2009 through March 26, 2010, have been subdivided into the following categories: (C) General Case Administration; (D) Sale of Assets; (E) Plan/Disclosure Statement; (F) Claims Administration/Creditor Issues; and (G) Fee Petition. There is also an additional 'Expenses' category. The time expended in each of the billing categories is set forth in Exhibits A through F attached hereto, and is summarized as follows:

| Attorney / Professional | Specialty | Hours | Hourly Rate 2009 | Hourly Rate 2010 |
|---|---|---|---|---|
| Becky L. Sutton ("BLS") | Paralegal | 13.20 | $215 | $215 |
| Christopher S. Naveja ("CSN") | Litigation | 4.30 | $390 | $400 |
| Kevin H. Morse ("KHM") | Bankruptcy | 32.50 | $255 | $265 |
| Michael L. Gesas ("MLG") | Bankruptcy | 17.00 | $550 | $575 |

3

| Miriam A. Stein ("MZS") | Bankruptcy | 59.20 | $430 | $450 |

The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters.

10. The fees sought by A&L in each of the aforesaid billing categories are summarized as follows:

| **EXHIBIT** | **TITLE OF CATEGORY** | **AMOUNT SOUGHT** |
|---|---|---|
| C | Case Administration | $10,617.50 |
| D | Sale of Assets | $11,711.00 |
| E | Plan / Disclosure Statement | $17,017.00 |
| F | Claims Adm / Creditor Issues | $1,348.00 |
| G | Fee Petition | $3,788.50 |
| | **TOTAL FEES** | **$44,482.00** |
| H | Expenses | $1,437.14 |

11. There has been no duplication of services, either by partners or associates of A&L. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work.

12. The tasks performed and time expended by A&L in each of the listed categories and expenses incurred by A&L are set forth in the attached exhibits and are summarized as follows:

> EXHIBIT C – General Case Administration. This category includes communications and meetings with the Debtor and creditors' attorneys; compliance with creditors' document requests and premises inspections;

4

preparation and filing of monthly operating reports and quarterly U.S. Trustee fees; discussion regarding the involuntary bankruptcy filed against the Debtor's principal, Robert Reuland; and other and further services to administer the Chapter 11 case.  A&L spent 32.50 hours of attorney time on the foregoing services, as is more fully described in Exhibit C.  Said services have a value of $0.00 for which A&L is seeking compensation.

| Case Administration | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BLS | Paralegal | 11.20 | $2,322.00 |
| KHM | Associate | 0.30 | $79.50 |
| MLG | Partner | 8.80 | $5,030.00 |
| MZS | Partner | 12.20 | $3,186.00 |
| **Total** | | **32.50** | **$10,617.50** |

EXHIBIT D – Sale of Assets.  This category includes all work relating to the marketing and sale of the Debtor's assets.  This category includes all work relating to the concerns in selling the Debtor's assets, including the potential for confidentiality issues and drafting of a confidentiality and non-disclosure agreement; negotiations with Personal Finance Company, LLC for terms of the sale of the accounts receivable; drafting the motion to sell accounts receivable and all accompanying documents; discussions with creditors regarding the terms of the sale; and attendance at the hearing on the sale of the accounts receivable.  A&L spent 33.20 hours of attorney time on the foregoing services, as is more fully described in Exhibit D. Said services have a value of $11,711.00 for which A&L is seeking compensation.

| Sale of Assets | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| CSN | Partner | 4.30 | $1,677.00 |
| KHM | Associate | 7.40 | $1,616.50 |
| MLG | Partner | 4.00 | $2,252.50 |
| MZS | Partner | 17.50 | $6,165.00 |
| **Total** | | **33.20** | **$11,711.00** |

EXHIBIT E – Plan of Liquidation and Disclosure Statement.  This category includes developing a strategy to liquidate the Debtor and drafting the debtor's plan of reorganization and related disclosure statement.  In connection with the preparation of the plan and disclosure statement, A&L reviewed many pleadings

5

and files in this case and had several conferences with Debtor and creditors. Additionally, after filing an initial plan and disclosure statement, the Debtor conferred on multiple occasions with creditors and drafted an amended plan and disclosure statement. A&L spent 42.10 hours of attorney time on the foregoing services, as is more fully described in Exhibit E. Said services have a value of $17,017.00 for which A&L is seeking compensation.

| Plan of Reorganization / Disclosure Statement | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BLS | Paralegal | 0.30 | $64.50 |
| KHM | Associate | 10.10 | $2,358.50 |
| MLG | Partner | 3.50 | $1,990.00 |
| MZS | Partner | 28.20 | $12,604.00 |
| **Total** | | **42.10** | **$17,017.00** |

Exhibit F – Claims Administration / Creditor Issues. This category includes all communications with various creditors relating to the filing of the Debtor's petition; notice to creditors; setting of a claims bar date; and communications with equity holders. A&L spent 4.70 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit F. Said services have a value of $1,348.00, for which A&L seeks compensation.

| Claims Administration / Creditor Issues | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |
| BLS | Paralegal | 1.70 | $365.50 |
| KHM | Associate | 1.90 | $487.50 |
| MZS | Partner | 1.10 | $495.00 |
| **Total** | | **4.70** | **$1,348.00** |

EXHIBIT G – Fee Petition: This category includes work done on calculating, drafting, filing and attending court for the Debtor's first interim application for fees and expenses. A&L spent 0.00 hours of attorney and paralegal time on the foregoing services, as is more fully described in Exhibit G. Said services have a value of $0.00, for which A&L is seeking compensation.

| Fee Petition | | | |
|---|---|---|---|
| **Professional** | **Position** | **Hours** | **Compensation Sought** |

| KHM | Associate | 12.80 | $3,296.00 |
|---|---|---|---|
| MLG | Partner | 0.70 | $402.50 |
| MZS | Partner | 0.20 | $90.00 |
| **Total** | | **13.70** | **$3,788.50** |

EXHIBIT H – Expenses.  Exhibit H lists expenses, such as copying costs at 10¢ per page, federal express charges, postage costs, and long distance telephone costs.  A&L has voluntarily reduced its copying charges from $.20 per page to $.10 per page, and has eliminated the cost of sending and receiving faxes (except for the long distance portion of outgoing faxes).  A&L has made disbursement and seeks reimbursement of expenses in the amount of $1,437.14 as is more fully described in Exhibit H.

13.    A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

14.    Based on the hourly charges of A&L set forth above, A&L requests that the Court determine and allow and pay it $44,482.00 as compensation and $1,437.14 for the reimbursement of its reasonable out-of-pocket expenses, for the period of November 1, 2009 through March 26, 2010, pursuant to Section 330 and 331 of the Bankruptcy Code.  Upon this Court's granting of the Application, payment of A&L's compensation and expenses will first be applied to the $7,156.74 remaining of the prepetition retainer and the balance of $38,762.40 (for fees and expenses) will be paid as an administrative fee expense.

15.    By this Motion, A&L also requests that the notice of the Application to all creditors, the U.S. Trustee, and all other parties requesting notice in this case, be deemed sufficient.  A copy of the Application has been sent to the Debtor and all parties receiving notice by the Court's ECF system, including the United States Trustee.  Notice

7

of the Application and hearing date has been sent to all creditors of the estate and all parties entitled to notice.

WHEREFORE, Michael L. Gesas, Miriam R. Stein, Kevin H. Morse and the firm of Arnstein & Lehr LLP, respectfully request that the Court enter an Order:

(A) Awarding it $44,482.00 in fees and $1,437.14 in reimbursement of expenses for the period of November 1, 2009 through March 26, 2010, as set forth herein pursuant to Bankruptcy Code Section 330 and 331, and authorizing the Debtor to pay the same;

(B) Allowing it final compensation in the aggregate amount of $78,521.50 for actual and necessary professional services rendered and reimbursement in the amount of $2,981.40 for actual and necessary costs and expenses incurred;

(C) Finding notice as provided is sufficient under the circumstances; and

(D) Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,
Arnstein & Lehr LLP

By: /s/ Kevin H. Morse
      One of its Attorneys

Michael L. Gesas (ARDC #06186924)
Miriam R. Stein (ARDC #06238163)
Kevin H. Morse (ARDC #06297244)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

8