# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **BUDGET FINANCE CORPORATION** | Case No. 09-30450 |
| Debtor. | Hon. John H. Squires |
| | Date: April 22, 2010<br>Time: 9:30 a.m. |

## NOTICE OF FILING

To:   See Attached Service List

Please take notice that on **April 21, 2010**, the undersigned caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois – Eastern Division, a true and correct copy of the **SUPPLEMENTAL EXHIBITS TO FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS AS DEBTOR'S COUNSEL**, which are attached hereto and served upon you.

Dated: April 21, 2010

Respectfully submitted,
**BUDGET FINANCE CORPORATION,
debtor and debtor in possession**

By:   /s/ Kevin H. Morse
One of its attorneys

Michael L. Gesas (ARDC #06186924)
Miriam R. Stein (ARDC# 06238163)
Kevin H. Morse (ARDC #06297244)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Telephone: 312.876.7100
Facsimile: 312.876.0288

## CERTIFICATE OF SERVICE

I, Kevin H. Morse, an attorney, certify that on April 21, 2010, served the attached **SUPPLEMENTAL EXHIBITS TO FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS AS DEBTOR'S COUNSEL** on the parties listed on the service list below via the Court's CM/ECF system.

  /s/    Kevin H. Morse
         Kevin H. Morse

### SERVICE LIST

Megan A Drefchinski on behalf of Creditor Benchmark Bank
mdrefchinski@collinslaw.com

Michael L. Gesas on behalf of Debtor Budget Finance Corporation
mlgesas@arnstein.com, blsutton@arnstein.com

Kevin H Morse on behalf of Debtor Budget Finance Corporation
khmorse@arnstein.com

William T Neary
USTPRegion11.ES.ECF@usdoj.gov

Susan J. Notarius on behalf of Creditor Amcore Bank, N.A.
snotarius@kandpllc.com, jmccomb@kandpllc.com

Nathaniel J. Pomrenze on behalf of Creditor Benchmark Bank
npomrenze@rsplaw.com

John C Ruddy on behalf of Creditor Edward Catich
jruddy@rmklawfirm.com, lincoln@rmklawfirm.com

Miriam R. Stein on behalf of Debtor Budget Finance Corporation
mrstein@arnstein.com, jbmedziak@arnstein.com

James Patrick Sullivan on behalf of Creditor Harris N.A.
jsulliva@chapman.com