# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | A. Benjamin Goldgar | Hearing Date | December 28, 2011 |
| Bankruptcy Case No. | 09 B 30450 | Adversary No. | |
| Title of Case | Budget Finance Corporation | | |

Brief Statement of Motion: Motion for final decree

(RE: Docket # 157)

Names and Addresses of moving counsel:

James A. Riley
327 South 1st Street
Geneva, Illinois 60134

Representing

## ORDER

Hearing on motion for final decree set for January 12, 2012 is stricken. Hearing is rescheduled to January 18, 2012 at 10:00 a.m. in Courtroom 613, 219 South Dearborn Street, Chicago, Illinois.

[signed]