## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Budget Finance Corporation** | ) | Case No. 09-30450 |
| | ) | |
| Debtor. | ) | Hon. Benjamin Goldgar |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on <u>Wednesday, January 18, 2012 at 10:00 a.m.</u> or as soon thereafter as counsel may be heard, I will appear before United States Bankruptcy Judge Benjamin Goldgar, or any other judge sitting in his stead, in Courtroom 613 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached **MOTION FOR FINAL DECREE CLOSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY RULE 3022** at which time and place you may appear as you see fit.

BUDGET FINANCE CORPORATION
Debtor and Debtor in Possession

By:        /s/ James Riley
  Special Litigation Counsel

James A. Riley (06186112)
James A. Riley, Esquire
327 South 1st Street
Geneva, Illinois 60134
Phone: (630) 513-6054
Fax: (630) 513-6126

## CERTIFICATE OF SERVICE

I, James A. Riley, an attorney, certify that I caused a copy of the Notice of Motion and Application to be served on the parties and in the manner listed on the attached service list by the Court's ECF System or by depositing a true and correct copy of the same proper, postage prepaid, in the U.S. Mail, in Geneva, Illinois on the 5th of January 2012

   /s/ James Riley
Special Litigation Counsel

<u>SERVICE LIST</u>

<u>Via ECF</u>

Megan A Drefchinski on behalf of Creditor Benchmark Bank
mdrefchinkski@collinslaw.com

Michael L. Gesas on behalf of Debtor Budget Finance Corporation
mlgesas@arnstein.com, blsutton@arnstein.com

Kevin H Morse on behalf of Debtor Budget Finance Corporation
khmorse@arnstein.com

William T Neary
USTPRegion11.ES.ECF@usdoj.gov

Susan J. Notarius on behalf of Creditor Amcore Bank, N.A.
snotarius@kandplic.com,jmccomb@kandplic.com

Nathaniel J. Pomrenze on behalf of Creditor Benchmark Bank
npomrenze@rsplaw.com

John C Ruddy on behalf of Creditor Edward Catich
jruddy@rmklawfirm.com, lincoln@rmklawfirm.com

Miriam R. Stein on behalf of Debtor Budget Finance Corporation
mrstein@arnstein.com, jbmedziak@arnstein.com

James Patrick Sullivan on behalf of Creditor Harris N.A.
jsulliva@chapman.com

<u>Via U.S. Mail</u>

Department of Treasury
P.O. Box 21126
Philadelphia, Pennsylvania 19114

Amcore Bank, N.A.
c/o Kluver & Platt LLC
65 East Wacker Place
Suite 2300
Chicago, Illinois 60601

Mr. and Mrs. Kent Catich
2900 Tanner Road
North Aurora, Illinois 60542

Mr. Edward Catich
211 South Highland Avenue
Aurora, Illinois 60506

Edward K. Catich (IRA Rollover)
Trust Company of Illinois
1901 Butterfield Road
Suite 1000
Downers Grove, Illinois 60515

Harris NA
Mr. James P. Sullivan, Esquire
Chapman & Cutler
111 West Monroe
Chicago, Illinois 60603

Mr. Kent Catich (IRA Rollover)
Trust Company of Illinois
1901 Butterfield Road
Suite 1000
Downers Grove, Illinois 60515

American Express
P.O. Box 297879
Fort Lauderdale, Florida 33329-7879

AT&T
P.O. Box 8100
Aurora, Illinois 60507

<u>Via U.S. Mail</u>

AT&T Mobility
P.O. Box 6463
Carol Stream, Illinois 60197-6434

Aurora Civic Center Authority
8 East Galena Boulevard
Suite 230
Aurora, Illinois 60506

Benchmark Bank
1 North Constitution Drive
Aurora, Illinois 60506

BP
P.O. Box 9033
Carlsbad, California 92008-9033

Commercial Computing Services, Inc.
3250 North Arlington Heights Road
Suite 104
Arlington Heights, Illinois 60004

Commonwealth Edison
Bill Payment Center
Chicago, Illinois 60668-0001

DEX
AT&T Real Yellow Pages
8519 Innovation Way
Chicago, Illinois 60682-0085

Exxon Mobil
Credit Card Manager
P.O. Box 688941
Des Moines, Iowa 53068-9966

Lincoln Financial Group Corporate
P.O. Box 21008
Greensboro, North Carolina 27420-1008

NICOR
P.O. Box 2020
Aurora, Illinois 60507-2020

<u>Via U.S. Mail</u>

Purchase Power
P.O. Box 856042
Louisville, Kentucky 40285-6042

Shell Card Center
P.O. Box 689081
Des Moines, Iowa 50368-5150

Trans Union LLC
P.O. Box 99506
Chicago, Illinois 60693-9506

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Budget Finance Corporation | ) | Case No. 09-30450 |
| | ) | |
| Debtor. | ) | Hon. Benjamin Goldgar |

**MOTION FOR FINAL DECREE CLOSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY RULE 3022**

NOW COMES the Debtor, Budget Finance Corporation, by and through its attorney, James A. Riley in his capacity as Special Litigation Counsel and Disbursing Agent, and in support of its Motion For Final Decree Closing Chapter 11 Case Pursuant to Bankruptcy Rule 3022 respectfully states as follows:

1. On March 25, 2010 the Court entered an Order (the "Confirmation Order") confirming the Debtor's modified First Amended Plan of Liquidation (the "Plan").  The Plan became effective on or about April 8, 2010, the date when the Confirmation order became final (the "Effective Date").

2. In furtherance of the Plan, on April 15, 2010, the Court approved the Debtor's retention of James Riley as special litigation counsel to the Debtor as well as disbursing agent for the Debtor.

3. On or about April 21, 2010, the Debtor (through its counsel Arnstein & Lehr, LLP) made distributions to (i) the Department of the Treasury for its priority tax claim in the amount of $4,326.80, and (ii) to the general  unsecured creditors in the amount of their pro rata share of $850,000.

4. On or about August 9, 2010, the Debtor (through its special litigation counsel and disbursing agent James Riley) made distributions to the general unsecured creditors in the amount of their pro rata share of $230,000.

5. Debtor's office furniture and fixtures were sold or abandoned, cash surrender value of life insurance policies collected, and company vehicles sold.  The Summary of Cash Receipts and Cash Disbursements was filed for October 1st of 2011 to December 31st of 2011 and had an ending balance at PNC Bank and MB Financial Bank of $18,260.96.

6. On or about August 16th of 2011, Adversary Case 11-01728 was filed against Sikich LLP, and V. Gregory McKnight by the Debtor alleging Breach of Contract and Professional Negligence/Financial Malpractice.  Defendants' Answer as well as Affirmative Defences were filed October 10th of 2011.

7. The $18,260.96 retained at PNC Bank and MB Financial Bank will be used to pay for depositions, transcripts of the depositions, expert witness fees, possible cost to appeal the case, legal fees due James Riley, storage cost for records, and sundry expenses.

8. The business records and customer files removed from Budget Finance Corporation's Aurora location in September of 2010 are currently stored at Public Storage located at 1040 East State Street in Geneva, Illinois.  A monthly fee of $79 is paid to Public Storage for a 10' X 10' storage unit E031.  Public Storage's phone number is (630) 208-7533.  Given the Adversary Case, the above records will remain in storage until the case is finalized.

9. The business records and customer files in Public Storage Unit E031 in Geneva, Illinois will upon the conclusion of the Adversary Case be offered to Mr. Robert Reuland, the President of the Debtor.  If Mr.

Reuland declines to accept the business records and customer files, James Riley will dispose of the records in accordance with the requirements of the Bankruptcy Court at the date of disposition.

10. That the Debtor therefore requests the entry of a Final Decree Closing Chapter 11 Case.

WHEREFORE, the Debtor, Budget Finance Corporation, prays for the following relief:

A. That this Court enter a Final Decree closing the Debtor's Chapter 11 Case pursuant to Bankruptcy Rule 3022:

B. For such other and further relief as this Court Deems equitable and just.

Date:  January 5, 2012

Budget Finance Corporation

/s/ James Riley

James Riley
Special Litigation Counsel

James Riley (06186112)
James A. Riley, Esquire
327 South 1st Street
Geneva, Illinois   60134
(630) 513-6054