IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Budget Finance Corporation | ) | Case No. 09-30450 |
| | ) | |
| Debtor. | ) | Hon. Benjamin Goldgar |

## ORDER ~~FOR~~ GRANTING MOTION FOR APPROVAL OF A SETTLEMENT AND MUTUAL RELEASE AGREEMENT are PURSUANT TO BANKRUPTCY RULE 9019

THIS CAUSE coming on to be heard pursuant to Debtor's Motion For Approval of a Settlement and Mutual Release Agreement Pursuant to Bankruptcy Rule 9019 and notice having been given to all creditors, the Court being fully advised in the premises, it is hereby ordered:

The motion is granted. The settlement embodied in the signed Court approves the ~~signed~~ Settlement and Mutual Release Agreement as well as the signed Exhibit A Settlement and Release Agreement for the case captioned, <u>James Riley, not individually but soley in his capacity as Special Litigation Counsel, on behalf of the Estate of Budget Finance Corporation v. Sikich, LLP and V. Gregory McKnight</u>, Case No. 1:11-cv-06976. ~~All Monies will be distributed after expenses to the general unsecured creditors in the amount of their pro rata share.~~

DATE: 24 JUN 2013

_____
Bankruptcy Judge

Prepared By:

James A. Riley
James A. Riley, Esquire
327 South 1st Street
Geneva, Illinois 60134
(630) 513-6054