## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Budget Finance Corporation** | ) | Case No. 09-30450 |
| | ) | |
| Debtor. | ) | Hon. Benjamin Goldgar |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on <u>Monday, October 21, 2013 at 9:30 a.m.</u> or as soon thereafter as counsel may be heard, I will appear before United States Bankruptcy Judge Benjamin Goldgar, or any other judge sitting in his stead, in Courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached **MOTION FOR FINAL DECREE CLOSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY RULE 3022** at which time and place you may appear as you see fit.

BUDGET FINANCE CORPORATION<br>
Debtor and Debtor in Possession<br><br>
By:     /s/ James Riley<br>
Special Litigation Counsel

James A. Riley (06186112)
James A. Riley, Esquire
327 South 1st Street
Geneva, Illinois 60134
Phone: (630) 513-6054
Fax: (630) 513-6126

## CERTIFICATE OF SERVICE

I, James A. Riley, an attorney, certify that I caused a copy of the Notice of Motion and Application to be served on the parties and in the manner listed on the attached service list by the Court's ECF System or by depositing a true and correct copy of the same proper, postage prepaid, in the U.S. Mail, in Geneva, Illinois on the 26th of September 2013

    /s/ James Riley<br>
Special Litigation Counsel

<u>SERVICE LIST</u>

<u>Via ECF</u>

Megan A Drefchinski on behalf of Creditor Benchmark Bank
mdrefchinkski@collinslaw.com

Michael L. Gesas on behalf of Debtor Budget Finance Corporation
mlgesas@arnstein.com, blsutton@arnstein.com

Kevin H Morse on behalf of Debtor Budget Finance Corporation
khmorse@arnstein.com

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Susan J. Notarius on behalf of Creditor Amcore Bank, N.A.
snotarius@kandplic.com,jmccomb@kandplic.com

Nathaniel J. Pomrenze on behalf of Creditor Benchmark Bank
npomrenze@rsplaw.com

John C Ruddy on behalf of Creditor Edward Catich
jruddy@rmklawfirm.com, lincoln@rmklawfirm.com

Miriam R. Stein on behalf of Debtor Budget Finance Corporation
mrstein@arnstein.com, jbmedziak@arnstein.com

James Patrick Sullivan on behalf of Creditor Harris N.A.
jsulliva@chapman.com

<u>Via U.S. Mail</u>

Department of Treasury
P.O. Box 21126
Philadelphia, Pennsylvania 19114

Amcore Bank, N.A.
c/o Kluver & Platt LLC
65 East Wacker Place
Suite 2300
Chicago, Illinois 60601

Mr. and Mrs. Kent Catich
2900 Tanner Road
North Aurora, Illinois 60542

Mr. Edward Catich
211 South Highland Avenue
Aurora, Illinois 60506

Edward K. Catich (IRA Rollover)
Old Second National Bank
Trust Department
37 South River Street
Aurora, Illinois 60507

Harris NA
Mr. James P. Sullivan, Esquire
Chapman & Cutler
111 West Monroe
Chicago, Illinois 60603

Mr. Kent Catich (IRA Rollover)
Old Second National Bank
Trust Department
37 South River Street
Aurora, Illinois 60507

American Express
P.O. Box 297879
Fort Lauderdale, Florida 33329-7879

<u>Via U.S. Mail</u>

AT&T
Mr. Randall L. Stephenson
Chief Executive Officer
208 S. Akard St.
Dallas, Texas 75202

AT&T Mobility
P.O. Box 6463
Carol Stream, Illinois 60197-6434

Aurora Civic Center Authority
8 East Galena Boulevard
Suite 230
Aurora, Illinois 60506

Benchmark Bank
1 North Constitution Drive
Aurora, Illinois 60506

BP
Mr. John Mingé
Chairman and President of BP America, Inc
28301 Ferry Road
Warrenville, Illinois 60555

Commercial Computing Services, Inc.
1540 East Dundee Road
Suite 104
Palatine, Illinois 60074

Commonwealth Edison
Mr. Thomas S. O'Neill
General Counsel for ComEd
440 South Lasalle Street
Chicago, Illinois 60605

YP Intellectual Property, LLC
Mr. George Hanna
Chief Legal Officer
2247 Northlake Parkway
Tucker, Georgia 30084

<u>Via U.S. Mail</u>

Exxon Mobil
Credit Card Manager
P.O. Box 688941
Des Moines, Iowa 53068-9966

Lincoln Financial Group Corporate
P.O. Box 21008
Greensboro, North Carolina 27420-1008

NICOR
P.O. Box 2020
Aurora, Illinois 60507-2020

Purchase Power
P.O. Box 856042
Louisville, Kentucky 40285-6042

Shell Card Center
P.O. Box 689081
Des Moines, Iowa 50368-5150

Trans Union LLC
P.O. Box 99506
Chicago, Illinois 60693-9506

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Budget Finance Corporation** | ) | **Case No. 09-30450** |
| | ) | |
| Debtor. | ) | Hon. Benjamin Goldgar |

**MOTION FOR FINAL DECREE CLOSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY RULE 3022**

NOW COMES the Debtor, Budget Finance Corporation, by and through its attorney, James A. Riley in his capacity as Special Litigation Counsel and Disbursing Agent, and in support of its Motion For Final Decree Closing Chapter 11 Case Pursuant to Bankruptcy Rule 3022 respectfully states as follows:

1. On March 25, 2010 the Court entered an Order (the "Confirmation Order") confirming the Debtor's modified First Amended Plan of Liquidation (the "Plan"). The Plan became effective on or about April 8, 2010, the date when the Confirmation order became final (the "Effective Date").

2. In furtherance of the Plan, on April 15, 2010, the Court approved the Debtor's retention of James Riley as special litigation counsel to the Debtor as well as disbursing agent for the Debtor.

3. On or about April 21, 2010, the Debtor (through its counsel Arnstein & Lehr, LLP) made distributions to (i) the Department of the Treasury for its priority tax claim in the amount of $4,326.80, and (ii) to the general unsecured creditors in the amount of their pro rata share of $850,000.

4. On or about August 9, 2010, the Debtor (through its special litigation counsel and disbursing agent James Riley) made distributions to the general unsecured creditors in the amount of their pro rata share of $230,000.

5. On or about September 25, 2013 the Debtor (through its special litigation counsel and disbursing agent James Riley) made the third and final distribution to the general unsecured creditors in the amount of their pro rata share of $115,901.77.

6. All assets of the Estate have been liquidated, all monies due the general unsecured creditors have been distributed, all claims have been paid except the final monies due the United State Trustee's office as well as James A. Riley, and business records have been destroyed. Monies due the United States Trustee's office will be paid October 21, 2013.

7. That the Debtor therefore requests the entry of a Final Decree Closing Chapter 11 Case.

WHEREFORE, the Debtor, Budget Finance Corporation, prays for the following relief:

A.   That this Court enter a Final Decree closing the Debtor's Chapter 11 Case pursuant to Bankruptcy Rule 3022:

B.   For such other and further relief as this Court deems equitable and just.

Date:  September 26, 2013

        Budget Finance Corporation

        _____/s/ James Riley_____

        James Riley
        Special Litigation Counsel

James Riley (06186112)
James A. Riley, Esquire
327 South 1st Street
Geneva, Illinois   60134
(630) 513-6054