IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Budget Finance Corporation | ) | Case No. 09-30450 |
| | ) | |
| Debtor. | ) | Hon. Benjamin Goldgar |

## ~~ORDER FOR~~ _O_ FINAL DECREE ~~CLOSING CHAPTER 11 CASE PURSUANT TO BANKRUPTCY RULE 3022~~

THIS CAUSE coming on to be heard pursuant to Debtor's Motion For Final Decree Closing Chapter 11 Case Pursuant to Bankruptcy Rule 3022 and notice having been given to all creditors, the Court being fully advised in the premises, it is hereby ordered:

A. That the Debtor's Chapter 11 Bankruptcy Case is hereby closed.

DATE: **20 NOV 2013**

_____
Bankruptcy Judge

Prepared By:

James A. Riley
James A. Riley, Esquire
327 South 1st Street
Geneva, Illinois  60134
(630) 513-6054